Royce GILREATH, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 40646.

Missouri Court of Appeals,
Western District.

Sept. 6, 1988.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Oct. 4, 1988.

Application to Transfer Denied
Nov. 15, 1988.

Sean O'Brien, Public Defender, Kansas
City, for appellant.

William L. Webster, Atty. Gen., Elizabeth
Levin Ziegler, Asst. Atty. Gen., Jefferson
City, for respondent.

Before KENNEDY, C.J., and
TURNAGE and BERREY, JJ.

### ORDER

PER CURIAM.

Appeal from denial of Rule 27.26 motion
for post-conviction relief.

Affirmed.   Rule 30.25(b).